Heather K. McMillan (SBN 188939)
heather@scmclaw.com
Daniel P. Stevens (SBN 164277)
STEVENS & McMILLAN
335 Centennial Way
Tustin, CA 92780
Tel.:   (714) 730-1000
Fax:   (714) 730-1067

Attorneys for Plaintiff
ERNIE HERRERA

Michael J. Ball
mjball@vorys.com
Daniel J. Clark
Vorys, Sater, Seymour and Pease LLP
52 E. Gay St.
Columbus, OH 43215
Tel.:   (614) 464-5625
Fax:   (614) 719-5297

Attorneys for Defendant
SAFELITE AUTO GLASS, CORP.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNIE HERRERA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SAFELITE AUTO GLASS, CORP. and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants.<br>_____ | CASE NO.: EDCV13-2037 VAP (DTBx)<br><br>(SBSC Case No.: CIVRS 1306760)<br><br>Action Filed: September 24, 2013<br><br>**ORDER**<br><br>**JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE FILED CONCURRENTLY HEREWITH** |

///

///

////

///

1

[Proposed] Order

**ORDER**

Pursuant to the Stipulation entered into by and between Plaintiff ERNIE HERRERA and Defendant SAFELITE AUTO GLASS CORP. through their respective counsel of record, and good cause appearing therefore,

IT IS HEREBY ORDERED that the matter of Ernie Herrera vs. Safelite Auto Glass Corp. filed in the United States District Court for the Central District of California, bearing Case Number EDCV13-2037 VAP(DTBx) is hereby dismissed with prejudice in its entirety.

DATED: November 4, 2014    _____

HONORABLE VIRGINA A. PHILLIPS
United States District Court Judge

**CERTIFICATE OF SERVICE**

*Ernie Herrera v. Safelite Auto Glass, Corp.*

U.S. District Court Case No. EDCV13-2037 VAP (DTBx)

I am over the age of 18 and not a party to the within action. I am employed in the County of Orange, State of California; my business address is 335 Centennial Way, Tustin, California 92780.

On November 4, 2014, I caused to electronically filed the following document(s) described as:

**JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE**

[ X ]   **BY CM/ECF SYSTEM:** I caused the above-referenced document(s) to be sent by electronic transmittal to the Clerk's Office using the CM/ECF System for filing which generated a Notice of Electronic Filing to the CM/ECF registrants in this case listed below.

>Michael J. Ball
>Daniel J. Clark
>Vorys, Sater, Seymour and Pease LLP
>52 E. Gay St.
>Columbus, OH 43215
>614-464-5625
>614-719-5297 Fax
>mjball@vorys.com
>
>Brent M. Giddens
>Dawn M. Irizarry
>Carothers Disante & Freudenberger LLP
>707 Wilshire Blvd., Suite 5150
>Los Angeles, CA 90017
>213/612-6300
>213/612-6301 - Fax
>bgiddensj@cdflaborlaw.com
>dirizarry@cdflaborlaw.com
>
>*Attorneys for Defendant*
>*Safelite Auto Glass, Corp.*

[X]   [Federal]   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 4, 2014, Tustin, California.

_____
Brenda F. Sarkaria